SENECA IRON AND STEEL COMPANY, Appellant, v. NIAGARA AND ERIE POWER COMPANY, Respondent. — Order reversed, with ten dollars costs

and disbursements, and motion denied, with ten dollars costs. Held, that the issues directed to be tried prior and separately by the order appealed from are so related to the issues tendered by the complaint as to require all the issues in the action to be tried together. All concurred.